IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL R. OUELLETTE, et al.,

    Plaintiffs,

v.

JP MORGAN CHASE BANK, N.A., et al.,

    Defendants.

                                       /

No. C 10-02078 JSW

**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON APPLICATION FOR TEMPORARY RESTRAINING ORDER**

        On May 17, 2010, Plaintiffs filed a complaint and an application for a temporary restraining order ("TRO") to prevent a trustee sale scheduled for May 20, 2010. It is HEREBY ORDERED that Plaintiffs shall serve a copy of the complaint, the TRO papers, and a copy of this Order on Defendants by no later than noon on May 17, 2010, and shall file proof of such service with the Court by no later than 2:00 p.m. on May 17, 2010. Plaintiffs may serve Defendants by facsimile or e-mail.

        It is FURTHER ORDERED that Defendants shall file a response to the TRO by no later than 10:00 a.m. on May 18, 2010 with copies to chambers by no later than 11:00 a.m. on the same day. The Court shall hold a hearing on the TRO at 3:30 p.m. on May 18, 2010.

        If Defendants shall agree to postpone the trustee sale until at least June 8, 2010, Defendants shall file their agreement by no later than 11:00 a.m. on May 18, 2010 with copies to chambers by no later than noon on the same day. If Defendants do agree to postpone the trustee sale until at least June 8, 2010, Defendants shall have until 10:00 a.m. on May 26, 2010

1 to file their response to the TRO with copies to chambers by no later than 11:00 a.m. on the
2 same day, and the Court will continue the hearing on the TRO to 1:30 p.m. on June 3, 2010.
3     **IT IS SO ORDERED.**

5 Dated: May 17, 2010

                                                          *Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California