IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. OUELLETTE, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>   Defendants.<br>_____/ | No. C 10-02078 JSW<br><br>**ORDER TO SHOW CAUSE AND CONTINUING BRIEFING SCHEDULE AND HEARING ON APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

On May 17, 2010, Plaintiffs filed a complaint and an application for a temporary restraining order ("TRO") to prevent a trustee sale scheduled for May 20, 2010. The Court issued an order setting a briefing schedule and hearing on the TRO. Plaintiffs were directed to serve Defendants by noon and file a proof of service by 2:00 p.m. on May 17, 2010. The Court also set filing deadlines for Defendants and a hearing to be held at 3:30 p.m. on May 18, 2010. To date Plaintiffs have failed to file a proof of service indicating that Defendants have been served. Accordingly, the Court HEREBY ORDERS Plaintiffs to show cause ("OSC") in writing why this case should not be dismissed for failure to prosecute. Plaintiffs shall file a written response to this OSC by no later than 9:00 a.m. on May 19, 2010.

The Court FURTHER ORDERS Plaintiffs to serve Defendants with a copy of the complaint, the TRO papers, and a copy of this Order by no later than 1:30 p.m. on May 18, 2010 and file a proof of service by no later than 3:00 p.m. on the same day. If Plaintiffs fail to comply with this Order, the Court will dismiss this action without prejudice. Plaintiffs may serve Defendants by facsimile or e-mail.

It is FURTHER ORDERED that Defendants shall file a response to the TRO by no later than 11:00 a.m. on May 19, 2010 with copies to chambers by no later than 11:45 a.m. on the same day. The Court shall hold a hearing on the TRO at 4:00 p.m. on May 19, 2010. The hearing will be held by Judge Alsup, the general duty judge.

If Defendants agree to postpone the trustee sale until at least June 8, 2010, Defendants shall file their agreement by no later than 11:00 a.m. on May 19, 2010 with copies to chambers by no later than 11:45 a.m. on the same day. If Defendants do agree to postpone the trustee sale until at least June 8, 2010, Defendants shall have until 10:00 a.m. on May 26, 2010 to file their response to the TRO with copies to chambers by no later than 11:00 a.m. on the same day, and the Court will continue the hearing on the TRO to 1:30 p.m. on June 3, 2010. If the hearing is June 3, 2010, it will be held by the undersigned.

**IT IS SO ORDERED.**

Dated: May 18, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE