IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL R. OUELLETTE, et al.,

    Plaintiffs,

v.

JP MORGAN CHASE BANK, N.A., et al.,

    Defendants.

_____/

No. C 10-02078 JSW

**ORDER REGARDING PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER**

    The Court HEREBY ENJOINS the trustee sale of 1764 Scott Street, St. Helena, California until June 16, 2010. The Court will hold a hearing on Plaintiffs' motion for preliminary injunction on June 9, 2010 at 10:00 a.m. The parties shall follow the briefing schedule regarding the motion for preliminary injunction discussed on the record.

    **IT IS SO ORDERED.**

Dated: May 19, 2010

    /s/
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE