IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL R. OUELLETTE, et al.,

    Plaintiffs,

v.

JP MORGAN CHASE BANK, N.A., et al.,

    Defendants.

                                                /

No. C 10-02078 JSW

**ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION TO WITHDRAW**

This matter is set for a hearing on October 22, 2010 on the motion to withdraw filed by Plaintiffs' counsel. The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than September 24, 2010 and a reply, if any, shall be filed by no later than October 1, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 10, 2010

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE