IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. OUELLETTE, et al., | |
| Plaintiffs, | No. C 10-02078 JSW |
| v. | |
| JP MORGAN CHASE BANK, N.A., et al., | **ORDER REGARDING OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION** |
| Defendants. | |

On September 9, 2010, Plaintiffs filed an administrative motion to extend their time to amend their complaint. Although Plaintiff's motion is an administrative one, they noticed it to be heard on October 22, 2010. Ordinarily, pursuant to N.D. Civil Local Rule 6-3(c), any opposition to an administrative motion to enlarge time shall be filed no later than four days after receiving the motion. However, by noticing the motion to be heard on October 22, 2010, Plaintiffs created some ambiguity regarding when an opposition would be due. Therefore, the Court HEREBY ORDERS that any opposition to Plaintiff's administrative motion to extend their time to amend their complaint shall be filed by no later than September 20, 2010. The

///
///
///
///
///

Court FURTHER ORDERS that the hearing scheduled for October 22, 2010 on the administrative motion to extend time is VACATED.

**IT IS SO ORDERED.**

Dated: September 16, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE