IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL R. OUELLETTE, et al.,

Plaintiffs,

v.

JP MORGAN CHASE BANK, N.A., et al.,

Defendants.

No. C 10-02078 JSW

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Now before the Court is the motion to withdraw as counsel for Plaintiffs Michael R. Ouellette ("Ouellette"), Kelly M. Wilson ("Wilson"), and Karrie E. Rennick ("Rennick") (collectively, "Plaintiffs") filed by Anne-Marie Dinius. Having carefully reviewed the papers and the relevant legal authority, the Court hereby GRANTS counsel's motion to withdraw. Plaintiffs are advised that they may proceed *pro se* until, if and when, they obtain new counsel. Plaintiffs are further advised that it is their duty to prosecute this case.

The Court HEREBY EXTENDS the time provided to Plaintiffs to file an amended complaint. If Plaintiffs want to file an amended complaint to address the deficiencies identified in the order granting Defendants' motion to dismiss, they shall file their amended complaint by no later than **December 22, 2010**. If an amended complaint is filed, Defendants shall either file an answer or move to dismiss within twenty-one days of service of the amended complaint. Plaintiffs are admonished that if they do not file an amended complaint by December 22, 2010, the Court will dismiss this action without prejudice.

Ms. Dinius is ORDERED to serve a copy of this Order on Plaintiffs and to file a proof of service by no later than October 27, 2010. Plaintiffs are DIRECTED to provide the Court and Defendants with their current mailing address by no later than **November 1, 2010**. Defendants are advised that this matter will not be excluded from the e-filing program, but that they are required to serve paper copies by mail on all unrepresented parties. Plaintiffs, so long as they remain unrepresented, shall file and serve all submissions to the Court in paper form unless prior leave of Court is obtained.

**IT IS SO ORDERED.**

Dated: October 22, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE