IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL R. OUELLETTE, et al.,

    Plaintiffs,                    No. C 10-02078 JSW

  v.

JP MORGAN CHASE BANK, N.A., et al.,     **ORDER OF DISMISSAL**

    Defendants.

    On August 24, 2010, the Court entered an order granting Defendants' motion to dismiss with leave to amend the complaint within twenty-one days of the order. The Court further ordered that if Plaintiffs failed timely to file an amended complaint, the Court would dismiss the action without prejudice.

    On October 22, 2010, the Court granted the motion by Plaintiffs' attorney to withdraw as counsel and extended the time by which Plaintiffs must file an amended complaint. The Court ordered Plaintiffs to file their amended complaint by December 22, 2010, and again warned Plaintiffs that if they failed to do so, the Court would dismiss the action without prejudice.

    Plaintiffs have not filed timely an amended complaint. Accordingly, the Court dismisses this action without prejudice for failure to prosecute. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: January 4, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE