IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL R. OUELLETTE, et al.,

    Plaintiffs,

    v.

JP MORGAN CHASE BANK, N.A., et al.,

    Defendants.

No. C 10-02078 JSW

**AMENDED ORDER OF DISMISSAL**

By Order dated January 4, 2011, the Court dismissed this action without prejudice based on Plaintiffs' failure to file a timely amended complaint. Because it appears that the Order of Dismissal and Judgment were not served on Plaintiffs, who were proceeding *pro se*, the Court hereby amends its Order of Dismissal and entry of judgment on January 4, 2011, to dismiss this action without prejudice as of this date for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The clerk is directed to mail to Plaintiffs a copy of the Court's Order of Dismissal, setting forth the grounds for dismissal, and a copy of the Judgment, both dated January 4, 2011.

**IT IS SO ORDERED.**

Dated: January 24, 2011

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL R. OUELLETTE et al,

    Plaintiff,

v.

JP MORGAN CHASE BANK et al,

    Defendant.

Case Number: CV10-02078 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karrie E. Rennick
108 Stratford Street
Redwood City, CA 94062

Kelly M. Wilson
108 Stratford Street
Redwood City, CA 94062

Michael R. Ouellette
1764 Scott Street
St. Helena, CA 95474

Dated: January 24, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk