IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL R. OUELLETTE, et al.,

    Plaintiffs,      No. C 10-02078 JSW

  v.

JP MORGAN CHASE BANK, N.A., et al.,      **AMENDED JUDGMENT**

    Defendants.

_____/

    Pursuant to the Amended Order of Dismissal of this action, JUDGMENT IS HEREBY ENTERED against Plaintiffs and in favor of Defendants.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: January 24, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL R. OUELLETTE et al,

    Plaintiff,

  v.

JP MORGAN CHASE BANK et al,

    Defendant.
_____/

Case Number: CV10-02078 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karrie E. Rennick
108 Stratford Street
Redwood City, CA 94062

Kelly M. Wilson
108 Stratford Street
Redwood City, CA 94062

Michael R. Ouellette
1764 Scott Street
St. Helena, CA 95474

Dated: January 24, 2011

Richard W. Wieking, Clerk
  By: Jennifer Ottolini, Deputy Clerk